# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **JENNIFER UMPHRESS and SHANE UMPHRESS, as parents and natural guardians for A.U., their minor child,** | **CIVIL ACTION NO.** |
| **Plaintiffs,** | **1:11-cv-3619-TWT** |
| **v.** | |
| **SIMPLY THICK, LLC, THERMO PAC, LLC, AMERIQUAL GROUP, LLC, and DOES 1 through 100,** | |
| **Defendants.** | |

## PLAINTIFFS' RULE 26(a) INITIAL DISCLOSURES

Pursuant to Rule 26(a) of the Federal Rules of Civil Procedure, Plaintiffs Jennifer Umphress and Shane Umphress, as parents and natural guardians for A.U,. their minor child ("Plaintiffs") make the following initial disclosures to Defendants Simply Thick, LLC, Thermo Pac, LLC, and Ameriqual Group ("Defendants"). These disclosures are based upon information reasonably available to Plaintiffs at this time. Plaintiffs do not intend these initial disclosures to constitute a waiver or limitation of any evidentiary privilege, immunity, or objection to the admissibility of any information or document at trial.

## I.  Name, address and telephone number of individuals likely to have knowledge of discoverable information that Plaintiffs may use to support their claims:

<u>a.  Plaintiffs' names, addresses, and telephone numbers</u>

> Jennifer and Shane Umphress
> c/o LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
> 250 Hudson Street, 8th Floor
> New York, NY  10013-1413
> (212) 355-9500

Plaintiffs have knowledge of facts regarding their experiences with SimplyThick and the necrotizing *enterocolitis* it caused A.U. to develop. Product identification information, medical records, and photographs of A.U. are being produced concurrently with these disclosures.

<u>b.  Other friends and family members</u>

1) Margaret Profazi, mother of Jennifer Umphress

> Assisted Jennifer Umphress for approximately two weeks after A.U. was airlifted to Albuquerque.  Also assisted Jennifer Umphress during her pregnancy.

2) Sarah Profazi, sister of Jennifer Umphress

> Assisted Jennifer Umphress for approximately two or three days after Margaret Profazi, mother, had to leave (after A.U. was airlifted to Albuquerque).

3) Trish James, aunt of Jennifer Umphress

> Assisted Jennifer Umphress for approximately two or three days after A.U. was airlifted to Albuquerque.

4) Cathy Hephner, another aunt of Jennifer Umphress

949511.1

Assisted Jennifer Umphress for approximately two weeks immediately following Jennifer Umphress' pregnancy.

5) Janie and William Robinson,  Shane Umphress' mother and her husband

Unable to be present in Albuquerque after A.U. was airlifted, but are aware of other facts surrounding the circumstances.

6) Ruth Christopher, Jennifer Umphress' step-mother

Assisted Jennifer Umphress for approximately three weeks after A.U. was airlifted to Albuquerque.

7) Ted Scanlon, Jennifer Umphress' father

Assisted Jennifer Umphress on weekends following the time when A.U. was airlifted to Albuquerque.

c.    Employees and affiliated doctors of University of New Mexico Children's Hospital

Employees of or affiliated doctors of University of New Mexico Children's Hospital, or employees or affiliated doctors of University of New Mexico Children's Hospital's affiliates,  as identified in the medial records produced concurrently may have been involved in the treatment, care, and diagnosis of A.U.'s necrotizing *enterocolitis*.

d.    Any person listed or disclosed by Defendants

e.    Additional persons

Plaintiffs will supplement these disclosures if they discover additional individuals who may have discoverable information.

**II.    A copy of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment**

a) Medical records (furnished separately to counsel due to volume.)

b) Photos of A.U. in neonatal intensive care unit at University of New Mexico Children's Hospital enclosed.  Exhibit "A"

c) Plaintiffs Jennifer and Shane Umphress retained an unopened and sealed/previously opened container of Simply Thick, bearing the lot number 08011041P3, that the Umphress' received from doctors at the University of New Mexico Children's Hospital on or about August/September 2009.  Product identification photographs enclosed.  Plaintiffs will thereafter produce the container and product to a mutually agreeable lab for destructive testing, as necessary, at a later mutually agreeable date. Exhibit "B"

Plaintiffs will supplement these disclosures if they discover additional documents, electronically stored information, and/or tangible things.

**III.    Computation of each category of damages claimed by the disclosing party — who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered**

A.    General damages; *see medical records*

B.      For past and future medical, incidental, hospital, and other expenses, in an amount to be proven at the time of trial; *see medical and billing records*

C.      Extraordinary past and future medical expenses of raising an injured child through the age of majority; *see medical and billing records, economic expert report to be supplied*

D.      Pain and suffering and consequential damages, in an amount to be proven at the time of trial; *see medical records*

E.      Exemplary or punitive damages against Defendants Simply Thick, LLC, Thermo Pac, LLC, Ameriqual Group, LLC, and DOES 1 through 100, as provided by law; *see medical and billing records*

F.      For an award providing for payment of costs of suit, including payment of experts' fees and expenses; *to be supplied if the court so awards*

G.      For an award of reasonable attorneys' fees; *to be supplied if the court so awards*

**IV.   Any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment**

Not applicable.

949511.1

Dated: November 22, 2011

McCAMY, PHILLIPS, TUGGLE & FORDHAM, LLP


/s/ Robert H. Smalley, III
Robert H. Smalley, III (Ga. Bar  No. 653405)

P.O. Box 1105
Dalton, Georgia 30722
Telephone:  (706) 278-4499
Facsimile:  (706) 278-5002

Wendy R. Fleishman
Paulina do Amaral
Daniel R. Leathers
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY  10013-1413
Telephone:  (212) 355-9500
Facsimile:   (212) 355-9592

Fabrice N. Vincent
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

(*Pro Hac Vice* petitions for out of state counsel
forthcoming)

*Attorneys for the Plaintiffs*

949511.1

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **JENNIFER UMPHRESS, and SHANE UMPHRESS, as parents and natural guardian for A.U., their minor child,** | **CIVIL ACTION FILE NO: 1: 11-CV-3619** |
| **Plaintiffs,** | |
| **vs** | |
| **SIMPLY THINK, LLC, THERMO PAC, LLC, AMERIQUAL GROUP, LLC, and DOES 1through 100,** | |
| **Defendants** | |

## CERTIFICATE OF SERVICE

I hereby certify on this 22nd day of November, 2011, I electronically filed the foregoing Plaintiffs' Rule 26(a) Initial Disclosures with the Clerk of Court using the CM/ECF system, which sent notification of such filing to lead counsel and all counsel of record.

Seslees S. Matson
Jonathan A. Waldman
Morris, Manning & Martin
1600 Atlanta Financial Center
3343 Peachtree Road, NE USA
Atlanta, GA 30326

Allison E. Maloney
Edward C. Bresee, Jr.
Mozley, Finlayson & Loggins, LLP
One Premier Plaza, Suite 900
5605 Glenridge Drive
Atlanta, GA 30342

Christopher T. Lee
Dickie, McCamy & Chilcote, P.C.
Two PPG Place, Suite 400

Glen E. Amundsen
Gary Zhao
Alana Zusia

949511.1

Pittsburgh, PA 15222-5402
*Attorneys for Simply Thick, LLC*

Smith Amundsen, LLC
150 N. Michigan Ave.
Suite 300
Chicago, IL 60601
*Attorneys for Defendant*
*Ameriqual Group, LLC*

**/s/ Robert H. Smalley, III**
**Robert H. Smalley, III**

In accordance with Local Rule 5.1 (C) (3), I hereby certify that the formatting for filing herein is Times New Roman, 14 point.

949511.1