

**CONFIDENTIAL**                    **AUMPHRESS-PHOTOS000001**



**CONFIDENTIAL**                                                                                              **AUMPHRESS-PHOTOS000002**



**CONFIDENTIAL**                                    **AUMPHRESS-PHOTOS000003**



**CONFIDENTIAL**                                                    **AUMPHRESS-PHOTOS000004**



**CONFIDENTIAL**                                            **AUMPHRESS-PHOTOS000005**



**CONFIDENTIAL**　　　　　　　　　　　　　　　　**AUMPHRESS-PHOTOS000006**



**CONFIDENTIAL**                                              **AUMPHRESS-PHOTOS000007**

CONFIDENTIAL AUMPHRESS-PHOTOS000008