

**CONFIDENTIAL**             **A.U. - PHOTOS PACKAGE 000001**



**CONFIDENTIAL**                         **A.U. - PHOTOS PACKAGE 000002**



**CONFIDENTIAL**                    **A.U. - PHOTOS PACKAGE 000003**



**CONFIDENTIAL**                              **A.U. - PHOTOS PACKAGE 000004**