UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JENNIFER UMPHRESS and )
SHANE UMPHRESS, a married )
couple, individually and as parents )
and natural guardians for A.U., )
their minor child, )
)
       Plaintiffs, )
) CIVIL ACTION
vs. ) FILE NO. 1:11-cv-03619-TWT
)
SIMPLY THICK, LLC, THERMO )
PAC, LLC, AMERIQUAL GROUP, )
LLC, and H.J. HEINZ COMPANY, )
)
       Defendants. )

## SIMPLY THICK, LLC'S ~~PROPOSED~~ SCHEDULING ORDER

    Pursuant to Rule 16, Federal Rules of Civil Procedure, the Court issues the following Scheduling Order:

    1.    The parties shall amend any and all prior pleadings and join any additional parties by ~~May 31, 2012~~. *June 30, 2012.* [initials]

    2.    The parties shall complete all fact discovery on or before **December 31, 2012**.

    3.    Plaintiffs shall FILE their designation of testifying experts and SERVE on all parties, but not file, the materials required by Fed. R. Civ. P. 26(a)(2)(B) by **March 31, 2013**. Within 30 days thereafter, Plaintiffs shall make their experts available for deposition by Defendants. Defendants shall FILE their designation of testifying experts and SERVE on all parties, but not file, the materials required by Fed. R. Civ. P. 26(a)(2)(B) by **June 30, 2013**. Within 30 days thereafter, Defendants shall make their experts available for deposition by Plaintiffs. All designation of rebuttal experts

shall be FILED, and the materials required by Fed. R. Civ. P. 26(a)(2)(B) for such rebuttal experts, to the extent not already served, shall be SERVED, within 30 days of receipt of the report of the opposing expert.

4.  An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, within 30 days of receipt of the written report of the expert's proposed testimony, or within 30 days of the expert's deposition, if a deposition is taken, whichever is later.

5.  All dispositive motions, including motions for summary judgment governed by Local Rule 56.1, shall be filed no later than **August 31, 2013**.

SO ORDERED, THIS __22__ DAY OF __May__, 2012.

_Thomas W. Thrash_
Hon. Thomas W. Thrash, Jr.
Judge, United States District Court